IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM D. WILLIAMS,<br>Petitioner, | )<br>)<br>) Civil Action No. 7:06CV00593<br>) |
| v. | ) **FINAL ORDER**<br>) |
| T. O'BRIEN, WARDEN,<br>Respondent. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The petition for writ of habeas corpus filed by the petitioner shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court; and

2. All other pending motions are **DENIED** as moot.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This _24th_ day of October, 2006.

_____
United States District Judge